United States District Court
Southern District of Texas
**ENTERED**
October 05, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:17-CV-00342 |
| | § | |
| REEM INTERNATIONAL, INC. D/B/A | § | |
| GREATWOOD AUTO REPAIR, | § | |
| | § | |
| Defendants | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Joint Stipulation of Dismissal With Prejudice came on for consideration by the Court. The Court, having considered the matter, finds and concludes that Plaintiff Russell White ("Plaintiff") and Defendants Reem International Inc. d/b/a Greatwood Auto Repair and Zuhair Khayal, ("Defendants") have agreed to settle and compromise all matters at issue between them. Therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the settlement is approved and all of the Plaintiff's claims and causes of action against the Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all attorneys' fees and costs of Court are to be borne by the parties incurring the same.

SIGNED THIS __3__ day of __Oct_____, 2017.

_____
UNITED STATES DISTRICT JUDGE